IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MOORE, | : |
| Petitioner, | : CIVIL ACTION NO. 22-2574 |
| v. | : |
| JAMIE SORBER, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : |
| Respondents. | : |

**ORDER**

**AND NOW**, this 28th day of February, 2023, the court having entered an order which, *inter alia* (1) stayed this habeas action pending the petitioner exhausting his state-court remedies and (2) placed this matter in civil suspense, *see* Doc. No. 6; accordingly, it is hereby **ORDERED** as follows:

1. The clerk of court shall **REMOVE** this matter from civil suspense and **RETURN** it to the undersigned's active docket; and

2. The clerk of court shall **MARK** this matter as **CLOSED** for statistical purposes.[1]

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The entry of this order will not prejudice the rights of the parties in this proceeding. The court will reopen this matter when the petitioner notifies the court that the stay may be lifted.