

Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA 15221
abolitionistlawcenter.org

The Honorable Edward G. Smith
United States District Court Judge
101 Larry Holmes Drive
Easton, PA 18042

      **RE:** ***John Moore v. Jamie Sorber, et al.***
            **Civil Action No. 22-02574-EGS**

Dear Judge Smith:

    Pursuant to the Court's order, petitioner John Moore, by and through legal counsel, writes regarding the status of his state court proceedings. *See* ECF Doc. 8. Mr. Moore's federal proceedings were stayed pending the conclusion of the PCRA proceedings. *See* ECF Doc. 6. Counsel for Mr. Moore filed his PCRA petition on April 20, 2022. *See* Commonwealth v. Moore, No. CP-51-CR-201061-1998 (Philadelphia Cnty. Ct. Com. Pl.). On June 15, 2023, the Court granted Mr. Moore's PCRA, overturned Mr. Moore's conviction and ordered a new trial. Mr. Moore then entered a plea of guilty to a lesser charge. On July 10th, 2023 the Court sentenced Mr. Moore to time-served plus five years of probation and Mr. Moore was released from custody, rendering his federal proceedings moot. Please let me know if you require further information.

                                        Respectfully submitted,

                                        */s/ Nia O. Holston*
                                        Nia Holston
                                        Bret Grote
                                        Counsel for Mr. Moore

## **CERTIFICATE OF SERVICE**

I, Nia O. Holston, hereby certify that a copy of the foregoing letter was served upon Katherine Ernst, supervisor for the Federal Litigation Unit, via email at Katherine.ernst@phila.gov on Friday, August 25th, 2023.

*/s/ Nia O. Holston*
Nia Holston

2