IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MOORE, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 22-2574 |
| | : | |
| v. | : | |
| | : | |
| JAMIE SORBER, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : : : : : : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 25th day of August, 2023, the court having entered an order directing counsel for the petitioner to update the court on the status of the petitioner's state-court proceedings and to indicate whether those proceedings have resolved in a manner that moots the instant habeas proceeding, *see* Doc. No. 8; and the petitioner's counsel having promptly responded to the court's order by providing a status report today, *see* Doc. No. 9; and the petitioner's counsel having confirmed that the resolution of the petitioner's state court proceedings has rendered the instant habeas case moot, *see* Status Report at 1, Doc. No. 9; accordingly, it is hereby **ORDERED** as follows:

1. The clerk of court is **DIRECTED** to **REOPEN** this action;[1] and

2. The petitioner's second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 2) is **DISMISSED AS MOOT**;

3. There is no cause to issue a certificate of appealability; and

---

[1] The court entered an order on February 28, 2023, which closed this case for statistical purposes while the petitioner was exhausting his state-court remedies. *See* Doc. No. 7.

4.       The clerk of court is **DIRECTED** to mark this action as **CLOSED**.

                                        BY THE COURT:

                                        /s/ *Edward G. Smith*
                                        EDWARD G. SMITH, J.